IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RICKY ALLEN DENNIS,<br><br>　　　　　Defendant. | CR 11-101-BLG-SPW<br>CR 11-141-BLG-SPW<br>CR 20-14-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, RICKY ALLEN DENNIS is hereby released from the custody of the U.S. Marshals Service.

DATED this 25th day of May, 2022.

*Susan P. Watters*
SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1